IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID LYNN PECHE, )
 )
      Plaintiff, )
 )
      v. )      1:12CV420
 )
JENNIFER HARRIS, )
 )
      Defendant(s). )

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, has submitted a civil rights action pursuant to 42 U.S.C. § 1983 (Docket Entry 1), together with an application to proceed *in forma pauperis* (Docket Entry 2). The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. *See* LR 7.1(e).

2. Filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review. Plaintiff provided a handwritten request to proceed *in forma pauperis* rather than using the proper forms. His request did not include the amounts deposited into his prison trust account in the past six months.

3. Plaintiff has not given a sufficient address for Defendant to be served.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

Plaintiff has also filed a "Motion to Amend Plaintiff Declaration to Lawsuit as Exhibit-A8." (Docket Entry 4.) This appears to be an attempt to amend the Complaint to add further defendants and/or factual allegations. It will be denied without prejudice to Plaintiff naming all potential defendants and setting out all of his allegations in any new complaint which he may file.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Amend Plaintiff Declaration to Lawsuit as Exhibit-A8" (Docket Entry 4) is denied without prejudice to Plaintiff incorporating its contents into any future complaint he may file based on the allegations alleged in the current Complaint.

**IT IS RECOMMENDED** that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

                                            /s/ L. Patrick Auld
                                                **L. Patrick Auld**
                                         **United States Magistrate Judge**

Date: May 4, 2012